Monday, January 9, 2012

12–081

## PETITIONS FOR GRANT OF REVIEW DENIED

No. 12–0066/AF.   U.S. v. Charles W. Caley, Jr.   CCA 37573.

No. 12–0188/AR.   U.S. v. Nicholas M. Dew.   CCA 20110307.

## PETITIONS FOR GRANT OF REVIEW FILED

No. 11–0420/AR.   U.S. v. Cody T. Smith.   CCA 20100646.*

No. 12–0235/AF.   U.S. v. Dylan D. Donaldson.   CCA S31929.

No. 12–0236/NA.   U.S. v. Tyler M. Rossman.   CCA 201100186.

No. 12–0237/AR.   U.S. v. Scott H. Rosica.   CCA 20110222.

No. 12–0238/AF.   U.S. v. Jessica C. Cottrill.   CCA S31931.

No. 12–0239/AF.   U.S. v. Lawrence L. Harris, II.   CCA S31850.

No. 12–0240/AF.   U.S. v. Kevin J. Curtis.   CCA 37926.

## MISCELLANEOUS DOCKET—FILINGS

Misc. No. 12–8011/AR.   Charles Graner, Jr., Appellant v. United States, Appellee. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Army Court of Criminal Appeals on application for extraordinary relief was filed under Rule 27(b) on this date.

■■■■■■

No. 12–0234/AF.   U.S. v. Jason W. Terwilliger.   CCA S31840.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 26, 2012.

---

* Second petition filed in this case.